RECEIVED
IN MONROE, LA

OCT 27 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| TERRELL A. QUALLS | CIVIL ACTION NO. 08-0961 |
| VS. | JUDGE ROBERT G. JAMES |
| OUACHITA PARISH, ET AL. | MAG. KAREN L. JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], noting the absence of objections thereto, and having determined that the findings and recommendation are correct under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Terrell A. Qualls's claims are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief might be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), 1915A(b)(1).

MONROE, LOUISIANA, this 27 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE